NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-7067

QUARENO COLANTONIO,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-0749, Judge John J. Farley, III.

ON MOTION

ORDER

Upon consideration of the Secretary of Veterans Affairs' motion for an extension of time, until January 21, 2010, to file his brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Sean A. Ravin, Esq.
Meredyth Cohen Havasy, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 3 0 2009

JAN HORBALY
CLERK